AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>NYQUEST ROBINSON<br><br>Defendant(s) | Case No. 5:23-MJ-290 (ML) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of May 17, 2023 in the county of Onondaga in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Previously convicted felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit

☒   Continued on the attached sheet.

_____
Complainant's signature

Richard Gardinier, ATF Special Agent
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: May 22, 2023

_____
Judge's signature

City and State: Binghamton, NY

Hon. Miroslav Lovric, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  5:23-MJ-290 (ML) |
| | ) | |
| v. | ) | |
| | ) | |
| **NyQuest ROBINSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Gardinier, being duly sworn, depose and say:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and have been since January 2, 2017. I attended the Federal Law Enforcement Training Center, where I enrolled in and successfully completed both the Criminal Investigator Training Program and Special Agent Basic Training. I also have led and assisted in numerous investigations relating to the possession of and trafficking in firearms, as well as robberies and other violent offenses. I have extensive experience conducting physical surveillance, interviewing targets and witnesses, and reviewing electronic data and video surveillance.

2. I make this affidavit in support of a criminal complaint charging NyQuest ROBINSON with 18 U.S.C. § 922(g)(1), to wit, a previously convicted felon in possession of a firearm that affected interstate commerce.

3. The information set forth in this affidavit is based on my personal participation in this investigation, my conversations with members of the Syracuse Police Department ("SPD"), and my review of reports members of SPD and other law enforcement agencies prepared.. Because this affidavit is being submitted for the purpose of securing a criminal complaint, I have not

1

included all facts known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint.

4. On May 17, 2023, members of the SPD assisted New York State Parole in a detail conducting checks of parolees who are under their supervision and assigned a GPS monitoring unit on their person, pursuant to their parole conditions. Utilizing the GPS location data to locate ROBINSON, members of New York State Parole found him inside of Eddie's Market, located at 140 Oakwood Avenue, Syracuse, New York (STORE).

5. New York State Parole Officer Jasniewski entered and directed ROBINSON to exit the store so that an interview could take place outside. Parole Officer Jasniewski and ROBINSON as both exited the STORE. Once outside, ROBINSON began to flee on foot but was prevented from doing so by SPD and Parole Officers. ROBINSON was detained before he could leave the area and was placed in handcuffs.

6. Once in handcuffs, ROBINSON was searched. SPD Sergeant Hillman located, inside the jacket ROBINSON was wearing, a Glock, model 27, 40 caliber pistol bearing serial number ETH062US (FIREARM). Additionally, the FIREARM was loaded with 13 rounds of ammunition. ROBINSON was arrested by SPD and later taken to the Onondaga County Justice Center.

7. On May 18, 2023, your affiant obtained a criminal history for ROBINSON. ROBINSON's history indicated, on or about March 06, 2020, in Onondaga County, Northern District, New York, ROBINSON was convicted of Assault 2nd, a class New York State Class D felony. ROBINSON was sentenced to three (3) years in prison followed by 30 months of post release supervision. Based upon this, ROBINSON knew he was a person previously convicted of a crime punishable by more than one year in prison.

8. Based on the information obtained from the firearm, including the description, your affiant was able to verify it was purchased in January 2023 in the state of Georgia. Additionally, the firearm as described, was manufactured by Glock in Georgia. Therefore, as it was possessed by the defendant in the state of New York, the firearm had previously traveled in and/or affected interstate commerce.

9. Based on the aforementioned information, I respectfully submit there is probable cause to believe that NyQuest ROBINSON has violated 18 U.S.C. § 922(g)(1), possession of a firearm by a previously convicted felon. I respectfully request that the Court authorize the filing of this complaint and issue an arrest warrant so NyQuest ROBINSON may be brought before the Court for further proceedings in accordance with law.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

Richard Gardinier
ATF Special Agent

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on May 22 2023 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Miroslav Lovric
United States Magistrate Judge